UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, <br> Plaintiff, <br> v. <br> YVONNE GONZALEZ ROGERS, et al., <br> Defendants. | Case No. 17-cv-03345-VC (PR) <br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under 42 U.S.C. § 1983 against District Court Judges Yvonne Gonzalez Rogers and Claudia Wilken for actions they took when presiding over his federal petition for a writ of habeas corpus. Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing. Therefore, he cannot proceed *in forma pauperis*. Moreover, even if he could proceed *in forma pauperis*, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). The suit must also be dismissed because federal judges are absolutely immune from suit for actions taken in their judicial capacity. *See Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996).

Accordingly, the case is dismissed with prejudice. The Clerk shall enter a separate

judgment and close the case.

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
VINCE CHHABRIA
United States District Judge